IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02381-RPM

HOME DESIGN SERVICES, INC.,

        Plaintiff,

v.

J.G. MOLZAHN CONSTRUCTION, INC.,
JERRY G. MOLZAHN, and
LINDA L. MOLZAHN,

        Defendants.

_____

## ORDER OF DISMISSAL
_____

Upon consideration of the Stipulation for Dismissal with Prejudice [12], filed on February 6, 2009, it is

ORDERED that all claims of the Plaintiff, Home Design Services, Inc., against Defendants, J. G. Molzahn Construction, Inc., Jerry G. Molzahn, and Linda L. Molzahn, are dismissed with prejudice, each party to pay their own attorneys' fee and costs.

DATED:    February 6th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge